**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01451-CV

**EDWIN M. SIGEL, Appellant**

**V.**

**RAZI AAMER, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15162**

## ORDER

The Court has before it appellee's May 9, 2013 motion to extend time to file brief. The

Court **GRANTS** the motion and **ORDERS** appellee to file his brief by May 31, 2013.


/s/     ELIZABETH LANG-MIERS
        JUSTICE